IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| ARACELI PAREDES,<br><br>    Plaintiff,<br><br>v.<br><br><br>AUTOLIV ASP, INC.,<br><br>    Defendant.. | **SCHEDULING ORDER**<br><br><br>Civil No. 1:20-cv-00001-RJS-CMR<br><br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

        Pursuant to Fed. R. Civ. P. 16(b), the court received the Attorney Planning Meeting Report filed by counsel. The following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

        **1. PRELIMINARY MATTERS**

        The nature of the claims and affirmative defenses is:

> Plaintiff Araceli Paredes asserts two claims of disability-based employment discrimination under Title I of the Americans with Disabilities Amendments Act of 2008 ("ADA"). Specifically, Ms. Paredes asserts that the Defendant failed to provide her with reasonable accommodations and then wrongfully terminated her employment in violation of the ADA.
>
> Defendant denies the allegations. Specifically, Defendant claims that Ms. Paredes' request for accommodations was unreasonable and that her termination was appropriate.

        **\*\*ALL TIMES 4:30 PM UNLESS INDICATED\*\***

| | | |
|---|---|---|
| a. | Date the Rule 26(f)(1) conference was held? | *7/13/20* |
| b. | Have the parties submitted the Attorney Planning Meeting Report? | *7/31/20* |
| c. | Deadline for 26(a)(1) initial disclosures? | *08/31/20* |

**2.   DISCOVERY LIMITATIONS**                                                                                      **NUMBER**

| | | |
|---|---|---|
| a. | Maximum number of depositions by Plaintiff(s): | *10* |
| b. | Maximum number of depositions by Defendant(s): | *10* |
| c. | Maximum number of hours for each deposition (unless extended by agreement of parties): *The deposition of the Plaintiff may exceed 7 hours given the need for interpretation.* | *7* |
| d. | Maximum interrogatories by any party to any party: | *25* |
| e. | Maximum requests for admissions by any party to any party: | *25* |
| f. | Maximum requests for production by any party to any party: | *25* |
| g. | The parties shall handle discovery of electronically stored information pursuant to Fed. R. Civ. P. 34. | |
| h. | The parties shall handle a claim of privilege or protection as trial preparation material asserted after production as follows: *Include provisions of agreement to obtain the benefit of Fed. R. Evid. 502(d).* | |
| i. | Last day to serve written discovery: | *04/12/21* |
| j. | Close of fact discovery: | *05/10/21* |
| k. | (*optional*) Final date for supplementation of disclosures and discovery under Rule 26(e): | |

| | | | |
|---|---|---|---|
| **3.** | | **AMENDMENT OF PLEADINGS/ADDING PARTIES**[1] | **DATE** |
| | a. | Last day to file Motion to Amend Pleadings: | *09/30/20* |
| | b. | Last day to file Motion to Add Parties: | *09/30/20* |
| **4.** | | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | **DATE** |

**Disclosures (subject and identity of experts)**

| | | | |
|---|---|---|---|
| | a. | Party(ies) bearing burden of proof: | *02/15//21* |
| | b. | Counter disclosures: | *04/12/21* |

**Reports**

| | | | |
|---|---|---|---|
| | a. | Party(ies) bearing burden of proof: | *02/15/21* |
| | b. | Counter reports: | *04/12/21* |
| **5.** | | **OTHER DEADLINES** | **DATE** |
| | a. | Last day for expert discovery: | *06/14/21* |
| | b. | Deadline for filing dispositive or potentially dispositive motions: | *07/12/21* |
| | c. | Deadline for filing partial or complete motions to exclude expert testimony: | *09/10/21* |
| **6.** | | **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION** | **DATE** |
| | a. | Likely to request referral to a magistrate judge for settlement conference: | *No* |
| | b. | Likely to request referral to court-annexed arbitration: | *No* |
| | c. | Likely to request referral to court-annexed mediation: | *No* |
| | d. | The parties will complete private mediation/arbitration by: | *N/A* |

---

[1] Counsel must still comply with the requirements of <u>Fed. R. Civ. P. 15(a)</u>.

    e.    Evaluate case for settlement/ADR on: _06/01/2021_

    f.    Settlement probability: _Fair_

**7.  TRIAL AND PREPARATION FOR TRIAL**

    a.    Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed. 7/19/2021

At the time of argument on motions for summary judgment, the court will discuss the scheduling of trial. Counsel should come to the hearing prepared to discuss possible trial dates. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 1st quarter of 2022.

**8.  OTHER MATTERS**

Parties should fully brief all Motions in Limine well in advance of the pretrial conference.

DATED this 17 August 2020.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah