IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARACELI PAREDES,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOLIV ASP, INC.,<br><br>Defendant. | ORDER DISMISSING CASE WITH PREJUDICE<br><br>Case No. 1:20-cv-00001-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

The court is in receipt of the parties' Joint Motion for Dismissal with Prejudice, in which the parties indicate their stipulation to dismissing the above-referenced matter with prejudice and on the merits, including all claims against all parties, with each side to bear its own costs and attorneys' fees.[1]  Accordingly, this case is hereby DISMISSED with prejudice, and the Clerk of Court is directed to close the case.

SO ORDERED this 3rd day of March, 2022.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 26